UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR DIRECTIONS, *et al.*,<br><br>　　　　Petitioners,<br><br>　v.<br><br>COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, *et al.*,<br><br>　　　　Respondents. | Case No. 14-cv-03022-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS PRE-COMPLAINT PETITION TO PRESERVE EVIDENCE WITH LEAVE TO AMEND; GRANTING STIPULATION FOR EXTENSION; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19, 30, 31 |

　　　　Petitioners Four Directions, Indian People's Action, and Sara Plains Feather ("Petitioners") filed their Pre-Complaint Petition to Preserve Evidence ("the Petition") naming the Committee on Judicial Conduct and Disability of the Judicial Conference of the United States and Cathy A. Catterson of the Office of the Circuit Executive, Circuit and Court of Appeals Executive, U.S. Courts for the Ninth Circuit as respondents. Respondents then filed their Cross-Motion to Dismiss and Opposition to the Petition. The matter came on regularly for hearing on October 7, 2014.

　　　　For the reasons stated on the record, the Cross-Motion to Dismiss the Petition is **GRANTED WITH LEAVE TO AMEND**.

　　　　In light of Petitioners' desire to review the hearing transcript in advance of filing the amended petition, the parties' stipulation to an extension of time (Dkt. No. 31), and the Court's understanding that the transcript will be available shortly, Petitioners shall file their amended petition no later than **November 14, 2014**.

　　　　Any motion to dismiss the amended petition shall be filed no later than **December 9, 2014**.

Response and reply briefing shall be in accord with Civil Local Rule 7-3.

The case management conference currently set for November 3, 2014, is **CONTINUED** to **January 26, 2015,** at 2:00 p.m.

This terminates Docket Nos. 19, 30, and 31.

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**