UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUR DIRECTIONS, ET AL.**,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, ET AL.**,<br><br>　　　　Defendants. | Case No. 14-cv-03022-YGR<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 35 |

　　　　Respondents Committee on Judicial Conduct and Disability of the Judicial Conference of the United States, Cathy A. Catterson, in her official capacity for the Office of the Circuit Executive U.S. Courts for the Ninth Circuit, have filed a Motion to Dismiss the amended petition in this action. (Dkt. No. 34.)  The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for January 13, 2015, is **VACATED**.  The Court will issue a written decision on the papers.

　　　　**IT IS SO ORDERED.**

Dated: January 9, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**