UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FOUR DIRECTIONS, ET AL.,**

    Petitioners,

v.

**COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, ET AL.,**

    Respondents.

Case No. 14-cv-03022-YGR

**ORDER SETTING HEARING ON FIRST AMENDED PETITION AND MOTION TO DISMISS FIRST AMENDED PETITION**

Petitioners Four Directions, Indian People's Action, Sara Plains Feather, and Clifford Bird In Ground ("Petitioners") filed their First Amended Pre-Complaint Petition to Preserve Evidence pursuant to Federal Rule of Civil Procedure 27(a)(1) on November 14, 2014. (Dkt. No. 34, "FAP".) Respondents have objected to the FAP and moved to dismiss it. (Dkt. No. 35.)

Having reviewed and considered and the current set of filings, including the FAP, additional issues require briefing. Petitioners now include litigants who suggest they are preparing to challenge certain rulings of Judge Cebull based upon alleged bias. The Court notes that in its Opposition to the Motion to Dismiss, Petitioners have limited their petition to the preservation, not production, of Judge Cebull's emails only and no other documents from the investigation. The Court considers only that limited scope of the Petition.

The parties shall each address the following issues in written briefs not to exceed ten (10) pages by **Monday, February 2, 2015.** A reply shall be allowed not to exceed five (5) pages by **Friday, February 6, 2015 at 12:00 p.m. noon**:

(1) whether, assuming one of the petitioners here filed some motion or petition for relief regarding a case that went to decision before Judge Cebull, there would be some mechanism for discovery, in that proceeding, of his non-case related e-mails previously uncovered in the investigation of the misconduct complaints against Judge Cebull;

(2) what avenue (if any) for relief, through the Ninth Circuit Judicial Council or otherwise,

is available to persons who believe that a decision made by Judge Cebull should be reviewed in light of the decisions of the Committee; and

(3) for Petitioners: given that (i) Rule 27(a)(A) includes has a temporal requirement and (ii) the emails at issue were made public last January 2014, identify the reasons any expected action either has not been brought or cannot be brought now, bearing in mind that the documents identified for preservation are already generally known to the Petitioners and cannot be used to satisfy a petitioner's obligations under Rule 11.

The Court **ORDERS** that the parties appear for oral argument on the FAP and Motion to Dismiss on **Wednesday, February 11, 2015, at 2:00p.m.**

**IT IS SO ORDERED.**

Dated: January 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**