LAWRENCE A. ORGAN (SBN 175503)
BARBARA E. FIGARI, *Of Counsel* (SBN 251942)
JULIANNE K. SCHWARZ (SBN 290001)
NICOLE C. MOSKOWITZ (SBN 298431)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352

Attorneys for Petitioners

MELINDA HAAG (CSBN 132612)
ALEX G. TSE (CSBN 152348)
NEILL T. TSENG (CSBN 220348)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6748
neill.tseng@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FOUR DIRECTIONS, INDIAN PEOPLE'S ACTIONS, SARA PLAINS FEATHER,<br><br>Petitioners,<br><br>vs.<br><br>COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, The Office of the Circuit Executive Cathy A. Catterson, Circuit and Court of Appeals Executive, U.S. Courts for the Ninth Circuit,<br><br>Respondents. | **Case No.:** 4:14-cv-03022-YGR<br><br>ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ TO MOVE THE HEARING DATE FOR RESPONDENT'S MOTION TO DISMISS<br><br>Date: February 11, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, California<br><br>Honorable Yvonne Gonzalez Rogers |

STIPULATION TO CONTINUE HEARING DATE

WHEREAS, on January 26, 2015, the Court set a hearing date for the First Amended Petition and Motion to Dismiss for February 11, 2015, at 2:00 p.m. (Dkt. No. 43);

WHEREAS, prior to that date, Petitioner's counsel had been ordered to appear at a Mandatory Settlement Conference in Los Angeles Superior Court, Department 23, for a pregnancy discrimination case pending in that Court.

WHEREAS, since the Court's January 26, 2015, Order, Petitioner's counsel had been hopeful of resolving the pregnancy case prior the February 11 thereby mooting the need to appear in Los Angeles on that date. Those efforts have not been successful.

WHEREAS, Petitioner's counsel would like to present the oral argument for petitioner and respectfully requests the Court consider moving the hearing date to a mutually convenient date;

WHEREAS, Petitioner has contacted Respondent's counsel who does not oppose a continuance;

NOW, THERFORE, THE PARTIES STIPULATE that they request the Court to move the currently scheduled hearing date from February 11, 2015, at 2:00 p.m. to either February 24, 2015, at 2:00 p.m. or March 3, 2015, at 2:00 p.m. or to some other date convenient for the Court.

ORDER

The stipulation of the parties is GRANTED.
Hearing is reset to March 3, 2015, at 2:00 p.m.  IT IS SO ORDERED.

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Judge

---