# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUR DIRECTIONS, ET AL.,**<br><br>     Petitioners,<br><br>     v.<br><br>**COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, ET AL.,**<br><br>     Respondents. | Case No. 14-cv-03022-YGR<br><br>**ORDER RE: MARCH 3, 2015 HEARING** |

Pursuant to the stipulation of the parties, the Court has continued the hearing on the First Amended Pre-Complaint Petition to Preserve Evidence pursuant to Federal Rule of Civil Procedure 27(a)(1) of Petitioners Four Directions, Indian People's Action, Sara Plains Feather, and Clifford Bird In Ground ("Petitioners"), and the Motion to Dismiss of Respondents Committee on Judicial Conduct and Disability of the Judicial Conference of the United States, and Cathy A. Catterson, Office of the Circuit Executive, U.S. Courts for the Ninth Circuit ("Respondents") to March 3, 2015, at 2:00 p.m. (*See* Order at Dkt. No. 49.)

Respondents shall be prepared to address the document retention policy (or policies) applicable to the emails at issue, including the time period that the subject emails would be retained under such policy (or policies). Alternatively, Respondents may submit a brief written response on this issue in advance of the hearing.

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**