UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUR DIRECTIONS, ET AL.**,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>**COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES, ET AL.**,<br><br>　　　　　Respondents. | Case No. 14-cv-03022-YGR<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE MOTIONS FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO ALTER AND AMEND JUDGMENT PER FRCP 59(E)**<br><br>(Dkt. No. 58, 65) |

Respondents The Committee On Judicial Conduct and Disability of the Judicial Conference of the United States and Cathy A. Catterson, in her official capacity as representative of the Office of Circuit Executive, U.S. Courts for the Ninth Circuit, have each filed their separate Motions For Leave To File Motion For Reconsideration Of March 18, 2015 Order Or, In The Alternative, Motion To Alter And Amend The Judgment Pursuant to Rule 59(e). (Dkt. Nos. 58 and 65, "the Motions.") Each Respondent joins in the other's arguments.

Pursuant to Local Rule 7-9(d), the Court Orders the filing of additional papers and sets a hearing on the Motions as follows:

(1) Petitioners shall file their response to the Motions no later than **May 6, 2015**;

(2) Respondents shall file their replies on the Motions no later than **May 13, 2015**;

(3) Hearing on the Motions is set for **May 26, 2015, at 2:00 p.m.**, in Courtroom 1, U.S. District Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**